IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SARAH L. SWANSON,

      Appellant,

 v.                                    Case No.  5D15-2901

LOLITA M. BEILMAN,

      Appellee.

_____/

Opinion filed May 12, 2017

Appeal from the Circuit Court
for Brevard County,
Charles M. Holcomb, Judge.

Charles W. Hall, DeeAnn J. McLemore and
Mark D. Tinker, of Banker Lopez Gassler
P.A., St. Petersburg, for Appellant.

Marjorie Gadarian Graham, of Marjorie
Gadarian Graham, P.A., Palm Beach
Gardens and Douglas R. Beam,
Melbourne, for Appellee.

PER CURIAM.

      Sarah L. Swanson appeals the trial court's order granting a new trial on damages after she rejected an additur in a personal injury lawsuit arising from an automobile accident.  We affirm.  However, because the jury found the plaintiff below, Lolita M. Beilman, did not sustain a permanent injury, the new trial shall be limited to economic damages only.  See § 627.737(2), Fla. Stat. (2010).

AFFIRMED.

ORFINGER, TORPY and EVANDER, JJ., concur.